UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 23-CV-00123-AW-MJF

BRANDI THOMAS,

    Plaintiff,

v.

CDR HEALTH CARE, INC.
d/b/a CDR HEALTH CARE,

    Defendant.
_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

**COME NOW** Plaintiff, BRNADI THOMAS, and Defendant, CDR HEALTH CARE INC. d/b/a CDR HEALTH CARE, by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims by Plaintiff against Defendant in this lawsuit and with all parties to bear their own fees and costs.

**[ATTORNEYS' SIGNATURES APPEAR ON THE NEXT PAGE]**

1

Respectfully submitted,

By:     s/ Jim Garrity, Esq.                       s/ Melanie Leitman, Esq.

| | |
|---|---|
| Jim Garrity, Esq. | Melanie Leitman, Esq. |
| Fla. Bar No.: 539211 | Fla. Bar No.: 091523 |
| E-Mail: jim@jimgarritylaw.com | E-Mail: mleitman@stearnsweaver.com |
| Marie A. Mattox, Esq. | Giselle Gutierrez, Esq. |
| Fla. Bar No.: 0739685 | Florida Bar No. 100254 |
| E-Mail: marie@mattoxlaw.com | E-Mail: ggutierrez@stearnsweaver.com |
| Marrie A. Mattox, P.A | Stearns Weaver Miller Weissler |
| 203 North Gadsden Street | Aldaheff & Sitterson, P.A. |
| Tallahassee, FL 32301 | Suite 2200 - Museum Tower |
| Telephone: (850) 383-4800 | 106 East College Avenue, Ste 700 |
| Facsimile: (850) 383-4801 | Tallahassee, Florida 32301 |
| | Telephone: (850) 329-4846 |
| | Facsimile: (850) 329-4861 |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant, CDR HEALTH* |
| *Brandi Thomas* | *CARE, INC. d/b/a CDR HEALTH CARE* |